# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ADAME,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. MARISCAL, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-01596-SAB (PC)<br><br>ORDER EXTENDING APRIL 23, 2015, DISCOVERY AND SCHEDULING TO DEFENDANT FRANCISCO MARISCAL<br><br>[ECF Nos. 19, 21] |

　　　　Plaintiff Jesse Adame is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This action is proceeding on against Defendants Francisco Mariscal and V. Vallejo for use of excessive force in violation of the Eighth Amendment of the United States Constitution.

　　　　On April 21, 2015, Defendant Vallejo filed an answer to the complaint.  (ECF No. 18.)  On April 23, 2015, the Court issued the discovery and scheduling order.  (ECF No. 19.)

　　　　On June 23, 2015, Defendant Mariscal filed an answer to the complaint.  (ECF No. 21.)

　　　　It is hereby ordered that the Court's April 23, 2015, discovery and scheduling order applies to Defendant Mariscal as well as Defendant Vallejo.

IT IS SO ORDERED.

Dated:   **June 24, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1