**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSE ADAME, | Case No.: 1:14-cv-01596-SAB (PC) |
| Plaintiff, | |
| v. | ORDER SETTING TELEPHONIC CONFERENCE CALL |
| F. MARISCAL, et al., | |
| Defendants. | |

Plaintiff Jesse Adame is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Both parties have consented to United States magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

This action is proceeding against Defendants Vallejo and Mariscal for excessive force in violation of the Eighth Amendment.  Defendant Vallejo filed an answer to the complaint on April 21, 2015, and Defendant Mariscal filed an answer to the complaint on June 23, 2015.  (ECF Nos. 18, 21.)

The dispositive motion deadline expired on March 3, 2016, and no motion was filed. Accordingly, this action is ready to proceed to jury trial.  In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

///

///

///

1

Accordingly,

IT IS HEREBY ORDERED that:

1.      A telephonic scheduling hearing will be held on **May 12, 2016, at 9:30 a.m.**, in Courtroom 9 before the undersigned; and

2.      The parties shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:   __April 26, 2016__

_____
UNITED STATES MAGISTRATE JUDGE