UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ADAME,<br><br>                Plaintiff,<br><br>        v.<br><br>F. MARISCAL, et al.,<br><br>                Defendants. | Case No.: 1:14-cv-01596-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE HIS PRETRIAL STATEMENT BY AUGUST 25, 2016<br><br>[Doc. 29] |

Plaintiff Jesse Adame is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on November 1, 2016, before the undersigned.

Pursuant to the Court's May 13, 2016, trial scheduling order, Plaintiff's pretrial statement was due on August 12, 2016, and Defendants pretrial statement is due by August 19, 2016.  Plaintiff has failed to file his pretrial statement and shall do so by **August 25, 2016**.  Defendants shall file their pretrial statement by the August 19, 2016, deadline.  However, Defendants may file an amended pretrial

///

///

///

///

1

statement, if necessary, by August 31, 2016.  <u>Plaintiff is advised that the failure to file a pretrial statement may result in precluding him from presenting certain evidence and/or calling certain witnesses during trial</u>.

IT IS SO ORDERED.

Dated:   **August 18, 2016**

UNITED STATES MAGISTRATE JUDGE