UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ADAME,<br><br>            Plaintiff,<br><br>       v.<br><br>F. MARISCAL, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-01596-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO FILE PRETRIAL STATEMENT AND PROSECUTE THIS ACTION<br><br>[ECF Nos. 29 & 31] |

Plaintiff Jesse Adame is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is currently set for jury trial on November 1, 2016, before the undersigned.

Pursuant to the May 13, 2016, trial scheduling order, a telephonic trial confirmation hearing was held on September 2, 2016, at 11:00 a.m. Deputy Attorney General Andrew Whisnand appeared on behalf of Defendants, and Plaintiff failed to appear. The May 13, 2016, trial scheduling order specifically instructed the parties "to arrange for the participation in the telephonic trial confirmation hearing and motion in limine hearing and to contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior the hearing date, to receive instructions regarding the conference call[.]" (ECF No. 29, Order at 12:15-18.) At the hearing, Mr. Whisnand indicated that he telephoned Plaintiff yesterday and left a voice message, but the call was not returned.

     Notwithstanding Plaintiff's failure to appear for the telephonic pretrial confirmation hearing, Plaintiff has also failed to file a pretrial statement, despite being ordered to do so twice.  The May 13, 2016, trial scheduling order directed Plaintiff to file a pretrial statement on or before August 12, 2016.  After Plaintiff failed to file a pretrial statement, the Court issued an order on August 18, 2016, directing Plaintiff to file his pretrial statement by August 25, 2016.  (ECF No. 31.)

     Accordingly, Plaintiff is HEREBY ORDERED to show cause within fourteen (14) days from the date of service of this order why the action should not be dismissed, with prejudice, as a sanction against him for failing to obey a court order and failing to prosecute this action.  The failure to comply with this order, or the failure to show good cause, will result in dismissal of this action, with prejudice.

IT IS SO ORDERED.

Dated:   **September 2, 2016**

UNITED STATES MAGISTRATE JUDGE

2